# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY LYNN HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:19-cv-0515- JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 6, 2019<br><br>(Doc. 14) |

On November 6, 2019, the Court directed the Commissioner of Social Security to show cause in writing why sanctions should not be imposed for failure to comply with the order to serve a response to Plaintiff's confidential brief and file proof of service. (Doc. 14) In the alternative, the Court directed the Commissioner to file proof of service of a responsive brief within fourteen days. (*Id.* at 2) The following day, the Commissioner served a response and filed proof of service with the Court. (Doc. 15) Accordingly, the order to show cause dated November 6, 2019 (Doc. 14) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **November 8, 2019**          **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE