# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY LYNN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-0515 - JLT<br><br>ORDER GRANTING THE PARTIES' REQUESTS FOR EXTENSIONS OF TIME<br><br>(Doc. 17) |

Misty Lynn Harris initiated this action by filing a complaint on April 22, 2019, seeking judicial review of the decision to denying an application for Social Security benefits. (Doc. 1) The parties have exchanged confidential briefing, and the Commissioner filed a proof of service indicating his response was served on November 7. 2019.  (Doc. 15) Pursuant to the Scheduling Order, Plaintiff was to file an opening brief within thirty days. (Doc. 9 at 2)  The Commissioner's response would be due thirty days following the filing of the opening brief.  (*Id.*)

 On December 10, 2019, the parties filed a stipulation to extend the time for Plaintiff to file her opening brief to December 16, 2019. (Doc. 17 at 1)  In addition, the parties request that the Commissioner receive an additional thirty days to respond to the opening brief, extending the response deadline to February 15, 2020.  (*Id.* at 2)

Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties, which has not yet been used by the parties.  (Doc. 9 at 3)  However, beyond the request for

thirty days, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.*) Accordingly, the Court construes the stipulation of the parties to be a joint motion for modification of the scheduling order. Plaintiff asserts the short extension was necessary "because the brief writer has an extremely heavy briefing calendar and is dealing with some health issues and will need additional time to review the transcript prior to filing the Motion for Summary Judgment." (Doc. 17 at 1) In addition, the Commissioner asserts an extension of the response deadline "requested because the case is being transferred to another OGC attorney who will need additional time to prepare the Commissioner's response." (*Id.* at 2) Good cause appearing, the Court **ORDERS**:

1. The requests for an extension **GRANTED** nunc pro tunc;
2. Plaintiff SHALL file an opening brief no later than **December 16, 2019**; and
3. The Commissioner **SHALL** file a response to the opening brief no later than **February 15, 2020**.

IT IS SO ORDERED.

Dated: __**December 13, 2019**__  _____**/s/ Jennifer L. Thurston**_
UNITED STATES MAGISTRATE JUDGE