# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY LYNN HARRIS,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:19-cv-0515 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MISTY LYNN HARRIS AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On January 30, 2020, Misty Lynn Harris and Andrew Saul, Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's Social Security appeal, pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 20 at 2)  The parties stipulate that an administrative law judge shall " reevaluate claimant's residual functional capacity," and "take any further action deemed necessary to develop the record and issue a new decision." (*Id.*)  Thus, the Court **ORDERS**:

1.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2.    The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Misty Lynn Harris, and against Defendant, Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **January 30, 2020**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE