**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISTY LYNN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-0515 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 23) |

　　Misty Lynn Harris and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $2,000.00 are **AWARDED** to Misty Lynn Harris.

IT IS SO ORDERED.

　　Dated: __**April 21, 2020**__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE